IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 20-00299-CV-W-BP |
| CBS PILING SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the parties' Stipulation, (Doc. 15), this case is **DISMISSED WITH PREJUDICE**. And, pursuant to the parties' agreement, the Court will retain jurisdiction for purposes of enforcing the parties settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
Date: October , 2020  UNITED STATES DISTRICT COURT